IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERNDIVISION

| | |
|---|---|
| JOHN THOMAS, *et al*, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:17-cv-003054-MDH |
| WELK RESORT GROUP, *et al*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Plaintiffs' Dismissal with Prejudice. (Doc. 29). Based on the Plaintiffs' filing, the Court hereby **DISMISSES** this case in its entirety, with prejudice, each party to bear their own costs and expenses.

**IT IS SO ORDERED.**

DATED: September 6, 2018

                                              */s/ Douglas Harpool*
                                              **DOUGLAS HARPOOL**
                                              **UNITED STATES DISTRICT JUDGE**